DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

VADA JERMOUND WOODY, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0913

_____

January 30, 2026

Appeal from the Circuit Court for Hillsborough County; Barbara Twine-Thomas, Judge.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

 Affirmed.


LUCAS, C.J., and LaROSE and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.